IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD HUGGINS
ADC #81595

LATRELL WHITE                                                                                          PLAINTIFFS
ADC #130349

V.                                          NO: 5:08CV00216 JMM/HDY

W.C. "DUB" BRASSELL
DETENTION CENTER *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiffs' claims against Defendant W.C. "Dub" Brassell Detention Center are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

Plaintiffs' objections indicate that they wish to name an additional party in this suit, in order to do so, Plaintiffs must file a motion for leave to file an amended complaint identifying the additional party and setting forth the facts upon which their claim is based.

DATED this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE