**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

REGINALD HUGGINS

LATRELL WHITE                                                                                          PLAINTIFFS

V.                                          NO: 5:08CV00216 JMM

W.C. "DUB" BRASSELL
DETENTION CENTER *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE